### Atkinson *versus* Snow.

Real Action.

In order to prove the foreclosure of a mortgage which one Dougherty had given to the *demandant*, the *tenant* offered to read from the newspaper the advertisement wherein the demandant had given notice that the condition of the mortgage had been broken, and that he claimed to foreclose. This was objected to by the demandant's counsel, and thereupon the tenant's counsel read it from the records of the registry office.

Afterwards, in argument to the jury, the tenant's counsel read it from the newspaper, the demandant's counsel resisting, but the Judge permitting it. To that permission, exception was taken.

*W. G. Crosby*, for the demandant.

*Godfrey*, for the tenant.

Howard, J., orally. — The record had been read, and was present for the use of either party. It was the same with the advertisement in the newspaper. It was, therefore, immaterial upon which paper the counsel was looking, when he read the advertisement to the jury. It might have been so done, merely for convenience.

To that convenience the Judge might properly assent. The exception was without foundation, and must be overruled.